United States District Court
Southern District of Texas
**ENTERED**
March 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MANUEL ALEXANDER HERNANDEZ-ALFEREZ, | § § § | |
| Petitioner, | § § | CIVIL ACTION NO. H-26-938 |
| vs. | § § § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § § § | |
| Respondents. | § | |

**ORDER**

The petitioner, Manuel Alexander Hernandez-Alferez, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Joe Corley Processing Center. Through counsel, he has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). Hernandez-Alferez has filed an unopposed motion for leave to file an amended petition for writ of habeas corpus, (Docket Entry No. 8), along with the amended petition (Docket Entry No. 7). The motion (Docket Entry No. 8) is **granted**. The respondents must file an answer or other appropriate responsive pleading to the amended petition by **March 30, 2026**. The rest of the instructions contained in the court's Order of February 6, 2026 (Docket Entry No. 4) continue to apply to this case.

SIGNED on March 23, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge